■ SHARON L. JACKSON, Appellant, v CORGAN & BALESTIERE, P. C., et al., Defendants, and RUSSEL W. HEFFER et al., Respondents. (And Another Action.) (Appeal No. 3.)—Judgment unanimously affirmed, without costs. Same memorandum as in *Jackson v Corgan & Balestiere* ([appeal No. 1.] 132 AD2d 960 [decided herewith]). (Appeal from judgment of Supreme Court, Monroe County, Davis J.—dismiss complaint.) Present—Dillon, P. J., Callahan, Denman, Balio and Lawton, JJ.

■ SHARON L. JACKSON, Appellant, v CORGAN & BALESTIERE, P. C., et al., Defendants, and HAROLD M. HECKER et al., Respondents. (And Another Action.) (Appeal No. 4.)—Order and judgment unanimously affirmed without costs. Same memorandum as in *Jackson v Corgan & Balestiere* ([appeal No. 1] 132 AD2d 960 [decided herewith]). (Appeal from order and judgment of Supreme Court, Monroe County, Davis, J.—dismiss complaint.) Present—Dillon, P. J., Callahan, Denman, Balio and Lawton, JJ.